1    DLA PIPER LLP (US)
     LISA TENORIO-KUTZKEY, Bar No. 205955
2    ltk@dlapiper.com
     MANDY CHAN, Bar No. 305602
3    mandy.chan@dlapiper.com
     555 Mission Street, Suite 2400
4    San Francisco, California 94105-2933
     Telephone:    415.836.2500
5    Facsimile:    415.836.2501

6    Attorneys for Defendant Laith Salma

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,              CASE NO. 3:11-cr-00801-CRB

13              Plaintiff,                  **AMENDED EXHIBITS A THROUGH V TO
                                            DEFENDANT LAITH SALMA'S**
14   v.                                     **SENTENCING MEMORANDUM AND
                                            MOTION FOR DOWNWARD VARIANCE**
15   LAITH SALMA,                           **PURSUANT TO 18 U.S.C. § 3553**

16              Defendant.                  Judge:        Hon. Charles R. Breyer
                                            Date:         April 26, 2018
17                                          Time:         1:30 p.m.
                                            Courtroom:    6, 17th Floor
18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO

# EXHIBIT A

## Various Photos of Elva's House





Integrating family into volunteer work at Elva's Greenhouse...



Accepting a volunteer award at Elva's greenhouse



## Yosemite Trip – Camp Mathers



Garth



## Compilation





# EXHIBIT B

Kamphuis, Ben Oude



Edwin M. Lee, Mayor
Philip A. Ginsburg, General Manager

Your Honor,

My name is Ben Oude Kamphuis and I was born on a farm in Holland in 1961.  For the past 30 years I have worked all over the world for with people with disabilities and for the last 23 years I have been employed by the city of San Francisco, Recreation and Park Department.  I was the recipient of the "Jefferson Award", one of the highest achievements for those in my field who dedicate to their lives to changing the world for the better.

Due to my rural upbringing I was informally educated in skills of agriculture and the art of landscaping.  I saw the value of a hands-on, tactile oriented gardening approach for those with extra challenges in life.  I dedicated my life to helping people less fortunate using the medium of a garden and gardening practices for my program.  I have developed a unique specialized program that suits everybody who experiences more than the average obstacles in life.  My program includes participants who have any kind of disability, blind, deaf, blind and deaf, mentally disabled, the elderly and more.

Over the last 23 years our program has done amazing things.  We've created a place where no matter what your disability is, you are welcome, you are engaged with, you are loved, your hand is shaken, you are hugged, you are cared about (many of our guests do not live in homes, but are taken care of by paid service providers who see them as burden, they receive no human touch).

I met Laith Salma over 10 years ago.  He had heard about the program from another volunteer, who was with our program for about 6 months.  I remember I asked him why he wanted to be here.  He told me that he felt that he had a lot of love to give and he felt so fortunate to have been blessed with a good life that he wanted to give back.  He's been giving back to our group ever since.  Because of the support over all these years from Laith, we have had opportunities that opened so many different doors for folks that would have never had the financial wherewithal to go on the trips we did.

Laith Salma has been volunteering with our therapeutic organic gardening program for people with a variety of disabilities.  Laith's enthusiasm and willingness to help our friends who experience so many different challenges in their lives has helped improve their outlook on life.  He has consistently showed up almost every Thursday from 10:00am to 12:00pm to help us with our program in the Golden Gate Park greenhouse facilities. Here he would help set up projects, prepare meals, clean up afterward, but most important of all he has been a consistent figure in people's lives who don't have much consistency.

For many years Laith has been donating money to our program allowing us to take blind young adults downhill skiing, numerous camping trips in Yosemite, Disneyland trips, educational field trips



Edwin M. Lee, Mayor
Philip A. Ginsburg, General Manager

around the Bay Area, and even took a few cultural exchange trips to Europe with Blind and Deaf young adults. In addition to these major experiences we offer to people who would never have another outlet for this, we also providing lunch for 25 blind, deaf, mentally disabled and seniors on a Thursday in the park. There is no funding for such trips through Rec and Park SF City....so without his donation these trips would NOT be possible. To see a blind teenager with skis on going down a mountain is something that many of these people only dream of. Laith has helped make many dreams come true. This is character.

All this could not have happened if it wasn't for the generous donations (most importantly time, but also money) that people like Laith have helped me with. Laith has donated over $30,000 to our program. These trips have been giving people with disabilities such an incredible experience that they would not have had without volunteers and donations.

But more than the money being donated, the most important thing in life that anybody can receive is someone's TIME! Laith has given our program more of his time over the last 10 years than any of our other volunteers or participants. His extremely friendly personality, his warm heart, and his big bear hugs that he gives to each and every person he says hello and goodbye to- these are the things that stand out to me and my people here in the greenhouse. It is his heart that touches the people in the garden. He will take the time and sit down and listen to what an 80 year old blind senior is going through in life....and he will go out of his way to make sure that they have food at home or drive them to and from doctors' appointments. He will hold their hand, ask them about their family or their favorite pastimes. He visits people in the hospital to check in on them. In my career within the field of disabilities I have seen many volunteers come and go to gain some kind of credit for school, but Laith has shown me over all these years that he is not coming to help out for his own gain....he comes because that's what he believes in is the right thing to do....to help other folks that are less fortunate and share his time.

In 2008 we were able to salvage a used greenhouse and get it placed in the Golden Gate Park Nursery. It was my vision that this facility would serve as our indoor recreational garden facility. Upon the completion of the reconstruction of the greenhouse, we had a foundation, a structure and an uneven gravel floor. This floor was not accessible for people in wheelchairs and was generally unsafe for our Blind and visually impaired participants. The problem was that our floor was uneven, which is a major hazard for the blind and those in wheel chairs. I had decided to lay pavers throughout the greenhouse to create a smooth and even service. Laith came by the greenhouse one day and saw me laying pavers on my hands and knees. He knows I have severe disc issues with my back. On the spot, he asked me to stop and proceeded to explain to me that he would be willing to send out a work crew to complete the job. The next day, he had hired a tiling crew to come lay the rest of the floor of the greenhouse and today it's absolutely beautiful and well used.



Edwin M. Lee, Mayor
Philip A. Ginsburg, General Manager

Laith has contributed more than your average volunteer...he has reached out to many of my participants over the years. His dedication to making their lives better extended beyond program hours.  One of our participants, Dorothy, was very frail and had a difficult time traveling independently, Laith would go to her house twice a month to pick her up to go grocery shopping.....he never let her pay! Over the years he and Dorothy became very close.  He would take her to her routine doctors' appointments and would act as her advocate because she had nobody else. He also helped her with other errands.  Dorothy did not have the financial wherewithal to pay for quality food, Laith always made sure she ate well and had quality food, she was so appreciative and would rave about him to me.  I remember Dorothy came to see me one day and she was beaming with excitement, she told me that Laith had picked her up on her birthday and taken her to her favorite restaurant in Half Moon Bay.  He invited her to his wedding, I know that because she glowingly spoke about it for years, it was clearly a cherished memory of hers. It's these kinds of things that set Laith apart from all of my other volunteers over the years.  When Dorothy became terminally ill, it was Laith who took her to her Doctor's appointments, he was her advocate in the hospital through the entire process.  When she was unable to leave the hospital, he made regular visits and spent hours with her each time.  He was the only one in her life, besides her sister, who was there with her at the end.  I spoke with Dorothy in her last days and it was clear from her what an impact Laith was having on her in her final days. I heard from Dorothy's sister, who was also amazed by Laith's compassion and willingness to stay with Dorothy for hours and days through such a tough time all while he had a newborn baby at home.

Laith has also offered to many of my low-income participants to pay for maintenance repairs at their residence- to fix any problems they could not afford to fix themselves or to assist in making their living environment more friendly to their disabilities. Other examples of Laith's generosity includes, but are not limited to, helping cook and prepare meals for our participants. Buying ready to eat meals and taking all of us out for a treat.

Laith is a good man who made a mistake.  Please see the good in this man and the good that he has done.

Sincerely,

Ben Oude Kamphuis
707-331-0316
Adaptive Recreation Specialist.
SF Recreation & Parks Department

# *Certificate of Honor*

## Horticultural Organic Garden Program

This certificate of honor is awarded to longtime Recreation and Park Department volunteer

# Laith Salma

## Volunteer of the DECADE

Laith has volunteered with us for the last 10 years.  Not only has he dedicated numerous hours, days, months & years, but he has also financially supported our program.  It is your ginormous heart and positive outlook on life that make people feel loved.  Congratulations to you for your remarkable volunteer service to Golden Gate Park for the well-being of our diverse community.

## Friday, June 3, 2016

Philip A. Ginsburg, General Manager
San Francisco Recreation and Park Department

# EXHIBIT C

Comfort, Sean



Edwin M. Lee, Mayor
Philip A. Ginsburg, General Manager

To whom it may concern,

I, Sean Corritore,  am writing on behalf of Laith Salma and my personal experiences with him.  I work for the San Francisco Recreation & Parks Department at a program called Project Insight. Project Insight is a recreational program for people with disabilities. We conduct therapeutic gardening classes in the Golden Gate Park Nursery. Laith is our longest tenured volunteer.  He has been here almost every Thursday for the last decade.  To me, that says a lot about his character.

I have known Laith for over a decade and I have come to hold him in very high regard. He carries himself with dignity, respect and most of all kindness. He has always been friendly and had a positive effect on the people in our program.

Dorothy Barta, a senior participant who had severe macular degeneration, was one of the many people in my program to have benefited from Laith's kindness and generosity. When Laith found out how difficult it was for Dorothy to go grocery shopping, due to transportation and not being physically able to carry the groceries upstairs, he offered to pick her up and take her. She accepted and Laith proceeded to help her every couple of weeks and he even paid for the groceries.  I know he also bought her food that was out of her small budget as she would tell me how generous he was.  Dorothy has passed on, and Laith was in the hospital with her until the very end.

Laith has consistently offered to all Project Insight participants to help with their home repairs. He said if there was anything they needed fixed in their homes to let him know and he'd send a professional to take care of it, and he has followed through on that.

My previous boss Ben (who retired last year) has had 5 back surgeries and suffers with chronic back pain. We were in the process of constructing a greenhouse to serve as both a recreational building and as a place for us to garden. We were laying pavers to make a wheelchair accessible floor and Laith hired a crew to lay the pavers to prevent Ben from causing further harm to his back.

Laith has made large donations that have enabled us to take groups of blind people skiing and also to Europe to see the Louis Braille museum.  These trips would not have happened without Laith's donations.

But much more than a list of examples is the fact that Laith is here, regularly at our program.  He is part of our community.  When he walks into our greenhouse, there is always a welcoming and thunderous group hello, "Laith!".  He then proceeds to say hello to each individual, giving them a warm bear hug and seeing how each of them has been.   He is someone the participants count on to continuously provide support and give his time to make our participants lives better. Laith's commitment to our participants is the best example of his true character. He has enriched all of their lives and for that I am grateful.

Sincerely,

Sean Corritore
Rec Leader
San Francisco Rec & Park
(415) 680-4415

McLaren Lodge in Golden Gate Park  |  501 Stanyan Street  |  San Francisco, CA 94117  |  PHONE: (415) 831-2700  |  WEB: sfrecpark.org

# EXHIBIT D

Schwartz, Deanna

November 20, 2017

To The Honorable Judge Breyer;

I am writing in regard to a special acquaintance, Laith Salma, whom I've known for nearly 11 years.

I attend a gardening program for people who are visually impaired and blind. It takes place at Elva's Greenhouse in the big nursery in Golden Gate Park. There are a total of 3 groups that meet at Elva's with a rage of disabling conditions from deaf/blind to developmental disabilities and combinations thereof. Laith has been both a kind volunteer and a patron for our groups. Originally the program was called Project Insight and met at the Wawona Recreation Center during cold weather and at an outdoor location in the nursery when the weather was nice. Back then there was a big group of teens and Laith sponsored a trip to Europe for them. Some years later he helped purchase a greenhouse, which had been used by Recreation and Parks and dismantled, for our groups to use. It was also funded by a bequest from one of our participants named Elva so it became known as Elva's Greenhouse. Whenever Laith comes to Elva's to visit he makes a point of going around the greenhouse and taking time to talk with each of us. His warmth and encouragement mean so much. Having a disability can be isolating and Laith helps people feel truly cared about. At times he has brought his dog Stevie in and we loved that. This kind of help is now more important than ever since our staff from Recreation and Parks has been cut back. I'm sure he has financially assisted our programs behind the scenes in ways I'm not privy to but he has always seemed so caring and humble about his role there. We are grateful for his time and his presence

About a year and a half ago Laith came to visit and asked me how things were going. I told him about my developmentally disabled son losing his rental housing and that the only thing we could find was going to involve me having to pay part of his rent which was going to be a hardship. Later, before he left Laith came and said he would help with a monthly contribution. I was stunned. What an amazing thing to offer.  He arranged a contribution which helped us greatly and has been ongoing. It made a huge difference for my son and for me.

I wish only the best for this generous kind man

Sincerely,

Deanna Schwartz

Deanna Schwartz
132 Gonzalez Dr.
San Francisco, CA 94132

# EXHIBIT E

Ellenberg, Daniel

Daniel Ellenberg, PhD
Rewire Leadership Institute®
Relationships That Work®
19 Winged Foot Drive
Novato, CA 94949
(415) 883-5600 office
(415) 515-0755 cell
(415) 883-5544 fax

Your Honor,

I am a licensed MFT with a PhD in counseling psychology. I have been licensed and in private practice for 33 years. I have known Laith Salma for over 16 years. He originally came to me for counseling when he was a young man. He was intelligent, articulate, and interested in learning and growing. We worked together for five years until he stopped working with me. He seemed to be adjusting well in his life.

He contacted me years later after this legal situation arose and he hired me for counseling again.   In our work together then, he expressed major regret for having involved himself foolishly in the experience that led to his offense. His remorse wasn't simply about the legal predicament he was in; he was genuinely upset that he allowed himself to veer from his own personal values. I know that he has learned from the incident and will never make this mistake again.

He has suffered tremendously from his bad decision. He continues to agonize over this pending case. I feel totally and completely confident that he will never enter into any behaviors that led to this past offense. In fact, I don't say this lightly but I would actually stake my professional reputation that he will stay on the right side of the law.

Since the incident, he has become a father of three young children. It's clear that he's a devoted father and husband. He's also a valued member of the community.  It would be tragic to remove him from his young children, especially because he represents zero threat to the public at large.

It's clear that he's matured since the incident. My hope is that you recognize the reality of this situation and seek no further action against him.

Sincerely,

Daniel Ellenberg

# EXHIBIT F

Lichtman, David

October, 23, 2017

To whom it may concern,

I am writing to show my support for Laith Salma. I have been a senior bank executive for three decades. I am currently a Chief Credit Officer at a publicly traded bank headquartered in San Francisco, where I have been a resident for over 30 years. It is my job to protect the interests of my bank by judging people and their character and have been doing that for 30 years. The quality of Laith's character is high. He has a strong a belief in family, doing the right thing, and kindness to friends and strangers.

I have been close friends with Laith for over 10 years. Laith is a good friend, always helping in times of need. He is a loving son, brother and husband. He has 3 wonderful children and is a terrific family man. I was at his wedding at his family's home and the love and friendship was quite evident. Laith is very involved in his community donating time and money.

On a more personal note, Laith has always been there for me. He cooked and delivered food to my wife when she was recovering from cancer and other illnesses and has taken an interest in my son, offering support and advice during challenging teenage years. He has been a great support to my family.

Laith is a valued member of a strong and nurturing community. I know many of Laith's friends and family. They are kind, loving, and supportive of one another. Please see Laith for the good, community minded person he is and not for a brief lapse in judgment.

Sincerely,

David Lichtman

# EXHIBIT G

Macmillan, Tyler



To Whom It May Concern,

I am writing on behalf of Mr. Laith Salma, whose work and contributions helped make one of our most unique properties – Marty's Place – become possible. This home for low-income tenants living with HIV/AIDS represents a model of alternative, shared living as one answer to the eviction and affordability crisis sweeping the city. As an under-resourced affordable housing provider with an ambitous mission to create houses like Marty's Place, our work at the Land Trust is only made possible by community-mided individuals like Mr. Salma.

While many in San Francisco profess a desire to do something about the affordable housing crisis in our city, Mr. Salma represents the best example of a neighbor taking intiative and actually helping create homes for low-income tenants. By committing both his own financial resources - and his personal time and energy actually working on site - Mr. Salma did more than just write a check or spend a few hours volunteering. He invested himself in the lives of strangers in his community - while helping create a permanent home for them.

The kind of project management, customer service and leadership skills Mr. Salma demonstrated while helping Marty's Place are a particularly rare – and endlessly usefuly. Whether it was coordinating with the low-income tenants who would someday move into Marty's Place, or directing a construction team, or weathering the bumps that come naturally when working with any growing nonprofit – Mr. Salma was a dexterous and invaluable volunteer.

The home that Mr. Salma's time, energy and donations helped create has become a very special community - with Marty's Place now entering its third year of offering permantly affordable housing to six households living with HIV/AIDS. Like many of our projects, it wouldn't have been possible without skilled, caring volunteers like Mr. Salma.

Sincerely,

Tyler Macmillan
Oganizational Director

# EXHIBIT H

Shaw, Randy

**TENDERLOIN HOUSING CLINIC**
126 Hyde Street
San Francisco, CA  94102
Tel. (415) 771-9850
Fax. (415) 771-1287

RANDALL M. SHAW
STEPHEN L. COLLIER
RAQUEL FOX
STEPHEN P. BOOTH
MARGARET DEMATTEO
DAVID E. TCHACK

*Contact:*
Email: randy@thclinic.org
Phone: 771-9850 x 1117

January 3, 2018

    Re:   *Laith Salma*

To whom it may concern:

    I first met Laith Salma in 2014 when he purchased a property at the corner of Ellis and Leavenworth, a block from the Tenderloin Museum. The building was rundown and the corner retail site long abandoned. When we first met he made it clear that he intended to restore the building's historic features, much of which on the exterior he has already done. He is on track to turning a property that was a detriment to the Tenderloin into a major asset. Laith has been a strong advocate for positive development in the Tenderloin. He has also showed his community spirit by supporting the Tenderloin Museum. Laith is currently engaged in a major renovation of his property, and is committed to finding tenants beneficial to the neighborhood. Overall, the Tenderloin is fortunate to have Laith Salma in our community.

Sincerely,

Randy Shaw
Executive Director, Tenderloin Housing Clinic
randy@thclinic.org

# EXHIBIT I

Your Honor,

My name is Catherine Salma and I am writing you on behalf of my husband, Laith Salma. For the past 7 years, since his offense, I don't think there's been a day that Laith hasn't regretted his participation. This has been an ever-present shadow over our lives, and I've spent countless hours grieving his involvement with him. My hope is to give you some insight into who Laith really is; who he is as a person, husband, father, son, brother and friend.

Since meeting Laith, I've always been impressed with his immense loyalty to those he loves, and his generosity towards people he hardly knows. Laith has volunteered for years with a program called Project Insight, a tactile gardening program for the blind and mentally impaired. What started off as a 2 hour-a-week commitment turned into rebuilding greenhouses in Golden Gate Park (he funded and helped run the project), raising money to take disabled youth camping, skiing, to Europe, hosting participants at our home, and more. The first time that I attended a Project Insight gathering, I was blown away by how involved Laith was with the program attendees. They were thrilled to see Laith, and it was clear that he held a special place in their hearts. At one point, an 80+ year-old woman named Dorothy, whom Laith was very close with, grabbed my arm and laughingly said, "so *you're* Laith's other woman!". Dorothy lived alone and had no family on the west coast. Dorothy held a special place in Laith's heart, as a result he spent a lot of time with Dorothy outside of the program. He did her grocery shopping for years, took her out to lunches and dinners, and he acted as her medical advocate when her health was deteriorating. He spent countless hours with her at the hospital until the day she passed. To me, his relationship with Dorothy speaks volumes about his character.

In 2011, less than a year after Laith and I were married, my mother died of ovarian cancer at age 54. My father had passed away 6 years earlier, so it was up to my 3 siblings and I to handle our mother's estate. My two younger siblings (ages 18 and 22) were still in school, and my older brother and I had no idea where to begin. Laith volunteered to help and ended up handling 90% of what we needed to get done, from packing up boxes to meeting with trust attorneys. Amazingly, he acted as the general contractor for the remodel of my mother's home and hired and managed the real estate agents in the home sale. This required him to fly to Southern California repeatedly and spend weeks sleeping on the floor of an empty house. His involvement was vital – not only because my siblings and I were mourning our loss, but also because we would literally have been underwater on the home if Laith hadn't stepped in. Through the entire ordeal, Laith never expressed resentment or made my family feel indebted to him. The amount of funds that we did secure through this sale helped us fund my sister's education.

Another example of Laith's character involves my younger sister Sara, who was 18 years old and a freshman at UC Berkeley when our mother passed. She was struggling emotionally with our loss and decided to take time off from school. We became her guardians and her home base.  Laith welcomed her into our home with open arms, and she ended up living with us on-and-off for the next 3 years. I know that it wasn't easy for Laith to give up a large degree of his privacy, but he wouldn't have had it any other way. Laith is more than a brother-in-law to Sara; he is a mentor who she seeks advice from for some of the most important decisions of her life. Sara is now a Fulbright Scholar and attending medical school at Dartmouth.

Laith is an incredible father to our 3 children (ages 3 years and 11-month-old twins). I'm blessed that he is very hands-on; Laith doesn't shy away from diaper changing, feeding or baths. I admire the patience he has with our 3-year-old's endless questions and the care he shows when soothing our upset infants. Our children are on Laith's mind with nearly everything he does. I have no doubt that if our children were born prior to his offense, he would never have considered participating in the first place.

Your Honor, I hope that this letter has provided further insight into Laith's true nature and character. Thank you for looking beyond this offense and at the ways Laith positively impacts the people around him.

Sincerely,

Catherine Ratican Salma
m. 415.846.3999
kratican@gmail.com

# EXHIBIT J

Salma,Riyad

December 11, 2017

Dear Sir,

My name is Riyad Salma.  Laith Salma is my brother, business partner and best friend.  We live within a mile of each other.  Our sister and her family and our parents also live in our immediate neighborhood.  We are a close family, emotionally and geographically.

The seven or so years that this prosecution has taken have been hard on our entire family.  Mostly of course though it's been hard on Laith and his wife Katie.  Despite the extreme stress and uncertainty Laith and Katie have handled their situation with self-reflection and grace.  In the time that has passed since Laith first plead guilty to these charges, their lives have changed in many ways.  Most importantly, they have had three children and have greatly reshaped their lives around their young family.

With three children, all under the age of three, and a very demanding business, most of us would be cutting back on our time commitments where ever possible.  Typically, this is done out of necessity.  We see friends less.  We stop volunteering.  We circle the wagons for a few years, hoping to just catch our breaths every once in a while.  Not Laith.  His friendships, which are many, are strengthened every year.  They are strengthened because he is there for them, whenever needed, whenever he can help.  His friends in turn are there for him.  He has more genuinely close friendships than anyone I know.

What I find even more exceptional is that Laith's energies are not reserved only for those he personally knows.  When people are in need, whether due to disability or disaster, Laith helps.  He helps not only by donating money but also by making himself of service to people.  For example, after the wine county fires, I told Laith I had been looking on-line for a charity to send some money.  Laith told me that he knew about a camp for underprivileged youth that had been damaged and didn't have the resources to rebuild.  While I was wondering which organization to send money to, Laith had already visited the damaged facility and enlisted the aid of an architect, an engineer, a contractor and a project manager to assist in its rebuilding.  He helps people by getting involved directly, as well as financially.

Laith works constantly to be as good a person as he can be, a role model for his children.  We all make mistakes.  We were raised to believe that our character is defined, not by our mistakes but by how we take responsibility for those mistakes, by how we work to redeem ourselves.  From the outset, Laith has accepted full responsibility for his mistake.  He has been completely forthcoming with the FBI investigators and the prosecutorial team, acknowledging his wrongdoing and working as best he can to assist their efforts.

Growing up, a poem by Nelle Williams hung on our bathroom wall called *Your Family Name.*  It speaks to the importance of maintaining the honor associated with

your name, of preserving that honor through your actions so that your children can
wear it with pride.  I know that Laith fears that he has brought dishonor to our
family name.  He has not.  Laith made a big mistake.  But he is not defined by that
mistake.  He is defined by the totality of his contribution to his family and his
community, and his contribution is great.  The manner in which he has conducted
himself, throughout this lengthy ordeal has only increased the pride I feel in having
him for my brother.

I know that this is a complicated case, involving a lot of people.  I know that you
have a demanding caseload.  I know too that sometimes, the tools of justice do not
provide you with the opportunity to fully understand the people who stand before
you, awaiting judgment.  It is my prayer that you are provided with the opportunity
to see my brother for who his is in totality.  I believe that if you are given that
opportunity, you would agree that Laith deserves leniency.

Respectfully,

Riyad Salma

# EXHIBIT K

Salma, Jennifer

December 11, 2017

Your Honor,

I have known Laith for approximately 22 years; he is my brother-in-law.

Laith is a member of a very tight-knit family. We all live in close proximity to each other, see each other often, and our children have very close and deep connections to each other (attending the same schools, family dinners, etc.) More than anyone else I know, Laith has long standing friendships that date from every aspect of his life. From his childhood, to college, and beyond; and from schools, camps, jobs and his active volunteering. At his wedding, many of these friends from different walks of life stood up to speak about the time Laith "came to their rescue"- when they were hurt and needed a ride to the hospital, their car broke down in a bad neighborhood, or just about anything you can think of, Laith was the friend they all called upon for help.

I became acutely and severely ill in 2001, was bed-ridden for a year, and was chronically ill for over a decade. My husband and Laith were business partners, and my husband had to take significant time away from their business to care for me by driving me to doctor's appointments, feeding me, etc. Laith faithfully covered for my husband, allowing him to tend to my care. We are forever grateful for this act of kindness.

Laith's indictment and plea have caused him, and our family, much anguish, embarrassment and shame. He could have chosen to blame others, shy from the consequences, or fallen to ruin under the stress. Instead, he has stood openly to accept the consequences. He has shown much remorse and worked to genuinely improve himself. I am extremely impressed with how Laith has handled himself and grown from this difficult situation.

Laith now has three young children and a wife. Marriage and fatherhood demand selflessness and maturity, and Laith has dedicated himself to this cause with fervor. I ask that you take the entirety of Laith's situation into account when considering your judgement.

Respectfully,

Jennifer Salma

# EXHIBIT L

Bruel, Lindsay

Your Honor,

Laith is not only my brother but also one of my best friends. He is six years my junior and has been an important part of my life since the day he was born. I've had the privilege of watching Laith mature from an active and exuberant child to a loving and dedicated husband and father of three.

Laith, more than anyone I know, has an amazing faculty for empathy. His ability to share and understand the feelings of others has motivated great acts of kindness from him that I have not only been the beneficiary of but have also witnessed towards others - family, friends, colleagues, clients, employees and complete strangers.

Since he was a child Laith has always been sensitive but I think what most informed his dedication to helping others was the years of bullying he experienced in elementary school. I think those unfortunate times made him keenly attuned to those who needed help or were suffering.

It's impossible to cite all the kind acts that Laith has done over the course of his life. Many people feel empathy towards others but don't always act on it. This is where Laith stands out. There have been dramatic acts, like dropping everything when a good friend's elderly parents called Laith to tell them that their son was struggling with alcoholism. Laith rented a truck, drove to San Diego, checked his friend in to rehab, and then packed up his apartment and drove all his belongings back home to his grateful parents. Today that friend credits Laith with his sobriety.

There have been smaller acts that have made just as deep an impact. My husband and I struggled with infertility for years, and after I suffered a particularly devastating miscarriage Laith realized, even before I did, that I was depressed and checked in on me constantly, bringing me my favorite foods, taking me to movies, and one day - much to my protest - he whisked me off to an amusement park to just have fun for a day, which had been impossible for me at that time.

Laith has shown a consistent pattern of generosity and kindness in large acts like doing whatever he can for a good friend in his recovery or regular visits to an elderly friend who looked forward to those visits every week. He drops whatever he's doing to help our elderly parents clean out their gutters, massage my mother's head when she gets her debilitating migraines, or even fix their VCR. For years he has volunteered his time to work with and financially support Project Insight, an organization that works with the visually impaired. Laith has worked pro bono for clients that were struggling to buy their first home and couldn't have afforded it if he had not donated his commission.

When his wife Katie learned that her only surviving parent had Stage 4 ovarian cancer at age 52 Laith took over as his mother-in-law's health care advocate as Katie

and her younger siblings were still recovering from the loss of their father to cancer several years earlier. After she passed, Laith managed the complete remodel of their family home and was able to transform it into a profitable property that helped fund Katie's younger sister's education at UC Berkeley. Most importantly, he has continually served as a big brother and advisor to Katie's younger siblings who had been living at home with their mother. Over the years Laith has been an emotional and financial support to Katie's siblings.

I am saddened by this process but grateful as well in that it allows me to share what a generous and kind person Laith is in every sense of the word - with his time, his knowledge, his income, his words, his empathy, his actions. There are no words that can convey to you what a very important person Laith is to me. He is a huge part of my life. I speak to him every day and seek out his thoughtful advice and opinion in all aspects of my life.

One thing in particular speaks volumes about how highly my husband and I regard Laith. After years of brutal infertility and loss we were finally blessed with two healthy, beautiful daughters. These girls are now 10 and 7 and they are our life. If anything ever happened to John and I we have asked Laith and Katie to raise our daughters. There are no other people, despite our many wonderful family and close friends, that we believe would nurture them and be their moral guide in life more than my brother Laith and his wife Katie.


Lindsey Bruel
lindseybruel@gmail.com
650.208.3024

# EXHIBIT M

Bruel, John

*November 21, 2017*

**Laith Salma**

Laith is without question one of the most generous, thoughtful people I've ever met.  I've known him for more than 15 years – we're brothers-in-law and business partners, and we spend time together just about every day.  There are days and even weeks when I spend more time with him than with my wife and two daughters.  There are very few people in the world I can imagine having this kind of relationship with, but it's an absolute pleasure to have Laith as an integral part of my daily life.

I first met Laith when my wife and I were dating.  We were living in New York City and came to the Bay Area for a vacation, but primarily for me to meet her family.  This can be an awkward moment, but Laith immediately put me at ease by giving me a hug and making me feel right at home.  Ever since then he's treated me as a family member with love and consideration.

When my parents passed away, a few years apart, Laith was there to support me unconditionally at times that were extremely difficult for me.  Losing one's parents is disorienting, to say the least, and Laith not was not only there for me emotionally, but covered for me at work so I could spend the time I needed to go back to the East Coast to attend to family matters. And even though I repeatedly told him it was unnecessary, he insisted on flying across the country to Massachusetts for less than 48 hours just to be with me at each of their memorial services (the second time he had a young baby).  I'll never forget these acts of sacrifice and kindness.

Another incident I recall that demonstrates Laith's strong character occurred a few years ago when the brother of a good friend of his was in an accident and was rushed to intensive care.  Laith took days off from work to be by his friend's side as he struggled with the prospect of losing his brother.  Sadly, the brother ended up passing away, but Laith stayed with his friend and never stopped being there to help him deal with his loss.

It is not only during life's dramatic moments that Laith is a true friend; even with small gestures he is uncommonly considerate.  He will insist on driving you to or from the airport at any hour, or cook you soup if you're not feeling well, or buy your favorite foods without asking when he goes to the grocery store.  If a friend or family member needs help of any kind, he will literally drop what he's doing and run to them to assist however he can.  He is so proactive he'll come up with multiple potential solutions to your problems before you can even clear your mind.

I've always admired Laith for his dedication to the community, as well.  For 11 years he has volunteered a significant amount of time working with organizations such as Project Insight, where he developed genuine, long-lasting friendships with both the staff and the participants, who are all visually impaired. He spent considerable time away from his own family and from our time-intensive business to do this, solely because he knew he could help and provide real value to people in need.

Laith became particularly close to an elderly lady from the group named Dorothy.  He cared for her so much that he invited her to his wedding in 2010.  Despite all the usual chaos that precedes a wedding, Laith found time to hire a car to pick her up and take her home, and despite being surrounded by family and friends from all phases of his life he sat her right next to himself at dinner and made her feel like the guest of honor.  Needless to say, she had a wonderful time.

Laith comes from an extremely close-knit family that puts a priority on spending time together, and I'm very fortunate to be part of this family.  Laith, and his parents and siblings, have taught me so much about how to treat people well — with kindness, support, and unwavering loyalty.  I feel as close to him as I do my own brother, and expect that will never change.

My wife and my wills state that if we are to pass away before our daughters reach adulthood, we choose Laith and his wife Katie to raise our children.  We feel completely safe with this decision.  It is literally impossible to place someone in higher regard.

In summary, I cannot speak highly enough of Laith. I vouch unconditionally for the quality of his character.  He is a wonderful person who is a devoted family man and is an asset to his community in every way.

Very respectfully yours,

John Bruel

# EXHIBIT N

Bishop, Brian

November 15th, 2017

Your honor,

My name is Brian Bishop. Having met Laith Salma about 13 years ago in San Francisco, through a family friend, I've had the opportunity to spend a great deal of time with Laith throughout the years, both socially and professionally.  Laith introduced me to many of my great friends, including my wife of 7 years.  He was one of two friends in my wedding party and is the guardian of my two, young daughters – ages 3 and 4.

There are many reasons why I've entrusted Laith with raising my daughters should something happen to me.  The short reason is that I have great respect for the way Laith lives his life.  I admire his empathy, honesty, and passion for life, among other qualities.  Laith is the type of person that always sees the best in people. Never one to criticize or judge, he is a caring person and one of the really good guys around.

Case in point: 7 years ago, my brother Daren had a tragic accident that left him in vegetative state. More than a brother, Daren was my best friend and he later passed away after a few weeks in the hospital. While in ICU, Laith came by the hospital every day to visit with my me and my family.  He generously brought my parents food and lifted everyone's spirits with his caring sense of humor.  After my brother passed, Laith would call and/or visit me at home every day to check-in and talk.

At a time when my other friends were sending 'thoughts and prayers' on Facebook, Laith was carving time out of his very busy schedule to stop by my house and look after my well-being.  To this day, Laith still

calls and writes me on my brother's birthday and the anniversary of his death.  No one else does.

Between my wife and I, our children have many well-educated, well-off uncles and aunts in the Bay Area.  They're good people who live comfortable lives and love our children. It would only be natural for us to ask one of them to be guardians.  And we did for a time.  But loving our children the way we do, my wife and I felt whole heartedly that we would want our daughters to have Laith there as a role model, so they could see what a good man does, and maybe more importantly, what a good man does not do.

Good men listen to people.  They have empathy and compassion.  The good guys are honest.  They have courage.  And a sense of humor helps.  Laith has all of these qualities.  Please let me know if I can offer anything else in support of Laith's character.  Thank you.

Sincerely,

Brian Bishop

415-385-5858

# EXHIBIT O

Bishop, Jennifer

Jennifer Bishop
42 Citron Knoll
Orinda, CA 94563
November 14, 2017

Your Honor,

I have known Laith Salma since we met in college at UC Davis back in 1995. We were casual friends then but I was lucky enough to marry my husband, Brian Bishop, who happened to be very close friends with Laith, and as a result my relationship with Laith has grown considerably. Over the last many years, we've spent countless holidays with the Salma family and have come to love Laith and his wife Katie and their three children as well as his extended family, Roberta & Karim, Lindsey & John, Riyad & Jennifer as our own family.

Laith and Katie have created such a pleasant home environment for their family and our children love to spend time there. We've vacationed together and consider him to be a role model for us both. Our friendship has grown so much over the years that I now consider him to be one of our closest friends in life. He was one of two friends to join us in our wedding party and is the guardian of our children – two incredibly important honors for our family. My husband and I spoke at length as to who we would name guardian to our children. It had to be someone that we wanted our children to see as role models, but also someone who had the ability to take on that kind of responsibility and open their heart and accept new children into their lives. Out of all our friends and family, we chose Laith and his wife Katie for this role. We clearly think very highly of Laith's character.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Jennifer Bishop
jbishop@salesforce.com / jenniferbishop623@gmail.com
415.672.3262

# EXHIBIT P

Mak, Margaret

Re: Mr. Laith Salma

Letter of Recommendation

October 11, 2017


Dear Judge,

My name is Margaret Mak.  I am a mother of a son who is in college and a wife of an executive in a publically traded company.    Professionally, I have worked as an executive for a financial company for over 30-years.

I have known Laith for more than 15 years and consider him a part of my family.  In 2009, I was diagnosed with breast cancer and Laith not only was there to support me and my family, he was also cooking for me, making sure that I ate well and regularly.   Remember, this was when he is in his 20s.   A few years later, my family was attacked with a hate crime.  Someone drew a swastika in front of our garage.  Laith was right over at our house, again supportive, caring and thoughtful.   My family and I would do anything for me and cannot imagine what we would do if he were not around.

I am very sad that he is being indicted.   My heart is heavy as I write this letter.   The thought of him having this over his head and the heads of his young family is overwhelming.   He has 3 beautiful children and a wonderful wife.   He is a great father, husband, son, brother and friend to so many people.   I know his entire family and many of his friends.  They are pillars of the community and know that they must be going through the same pain and anguish for him.

I know that Laith gives back to the community every day.  He wants to make a difference in the world.   I admire him greatly!    I beg leniency for a man who deserves a second chance.

Thank you for your kind consideration.

Sincerely,

Margaret Mak

# EXHIBIT Q

Merrill, Christopher P.

Christopher P. Merrill
3257 Pierce Street
San Francisco, CA 94123


Honorable Charles R. Breyer
San Francisco Courthouse, Courtroom 6 - 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102


December 5, 2017


RE: United States of America v. Laith Salma, Case No. CR 11-00801 CRB


To the Honorable Charles R. Breyer:


I write this character reference letter to your Honor on behalf and in support of
Laith Salma. I have known Laith for over twenty-five years and consider him a
close friend. Over the past twenty-five years, I have had the good fortune of
growing up alongside Laith. I have witnessed him develop from a teenager to a
happily married father of three and had the honor of being in his wedding party.
I have observed Laith work tirelessly to succeed in his chosen career of real estate
and work equally hard in his development as a person in the context of his
personal relationships and generosity within the community. This has led me to
develop a great respect for Laith as a businessperson and as a human being.

In 2011, I received a phone call from Laith during which he informed me of the
charges filed against him by the United States Attorney alleging a conspiracy to
rig bids on real estate at public foreclosure auctions. Up until that point, I had
no knowledge or indication of his involvement in this type of behavior. I recall
feeling stunned, saddened, and confused by this news because it does not
comport with the character I know Laith possesses. In response to this news, I
did what I know Laith would have and has done for me in the past; I offered my
support as his friend.

Throughout my friendship with Laith, he has been one of the supportive people
in my life. During a period in my life where I experienced struggles with
substance abuse, Laith took it upon himself to organize a group of friends to
assist my family in providing me with the help I needed to straighten out my life.
Without his help and care, I am not sure where my life would have ended up.

1

However, I am certain I would not have been able to turn my life around without Laith's support and friendship. For this, I am forever grateful.

I have spoken with Laith many times over the last six years about the matter before you. I can say unequivocally this matter and the corresponding guilt and remorse weigh heavily on him, as it should. Based on our discussions, I believe Laith sincerely appreciates the seriousness of the charges against him, the wrongfulness of his actions, and accepts full responsibility for the same. As a first step in demonstrating this, Laith made the affirmative decision to become the first in the group charged to provide full cooperation to the authorities during the investigation.

Unquestionably, Laith exhibited poor judgment by participating in the bid-rigging scheme. Laith made a series of ill-advised decisions that put him in the position he is in today. Laith has damaged his reputation and caused a significant amount of damage to others in the process. However, I believe Laith's wrongful actions are an aberration and do not reflect his true character. I remain steadfast in the belief that Laith will not repeat these actions again.

My intent in writing the court on behalf of Laith is to provide your Honor with some thoughts to consider when you decide the appropriate sentence for him in this matter. Laith is a good person, who admittedly made a terrible decision. Laith is also a loving father and husband, conscientious citizen, loyal friend, and caring human being. I believe Laith can learn from his mistakes and this experience can serve as a defining moment in his life to effectuate positive change. I stand in support of Laith as a person and humbly ask you to consider my experience with Laith as evidence of his good character.

Very Truly Yours,

Christopher P. Merrill

# EXHIBIT R

Merrill, John A.

John A. Merrill
3400 Laguna Street
San Francisco, CA 94123

December 5, 2017

RE: Laith Salma

Dear Judge Breyer,

I write the court on behalf of Laith Salma. I have known Laith for over twenty years. Initially, I only knew Laith through my son, but as the years passed, I developed an independent friendship with Laith. Throughout this time, Laith has been a valued friend and adviser to my late wife and me. As our relationship has grown over time, Laith has demonstrated many of the characteristics I value in other human beings: candor, professionalism, sincerity, humor, kindness, generosity, service to others and the community, loyalty, and love of family and friends.

In 2011, Laith personally informed me of the circumstances surrounding the F.B.I. investigation and the subsequent charges filed against him by the Department of Justice. Without any obligation to do so, Laith kept me apprised of the status of his case over the course of the last six years. I have appreciated his honesty and willingness to share his experience because it affords me the opportunity to support him.

The charges the Department of Justice filed against Laith are serious and raise issues of, among other things, Laith's character. As a retired attorney and California State Workers Compensation Judge, I experienced situations where parties have for various reasons demonstrated poor judgement in the course of their actions. There is no dispute in my mind that Laith's actions leading to the filed charges display an extreme lapse in good judgement. Laith's actions have caused damage to his personal and professional reputation, adversely affected his health, and needlessly created conflict in his personal life. On a number of occasions, Laith and I have met in person to discuss what transpired and led him to this point. Throughout these discussions, Laith expressed genuine regret and remorse for his involvement in this scheme. I am encouraged to see Laith demonstrate a sincere understanding that his actions were wrong and accept that he alone is to blame for the resulting consequences.

It is neither my intention nor my place to advocate on behalf of Laith for leniency in sentencing. That is a decision that rests solely within the discretion and wisdom of your Honor. It is, however, my intention to provide the court with an understanding that despite Laith's unquestionable lapse in judgement he is man of good character. I am convinced Laith possesses the necessary characteristics to facilitate a successful rehabilitation. Throughout my relationship with Laith, I have known him as an honorable person. Laith's actions during this investigation, including his immediate decision to be the first to cooperate fully with the Department of Justice leave me convinced that he retains the same valuable core characteristics that he demonstrated to me prior to these transgressions.

Respectfully submitted,

John A. Merrill

# EXHIBIT S

Treadway, Matt

Matt Treadway

*1524 Pacific Ave*
*San Francisco, CA 94109*
*415-640-6411*
*treadway25@gmail.com*

*Your Honor,*

*I am writing to you as a close friend of Laith Salma.  It must be difficult to understand who a person is with only seeing such a small portion of someone's life.  So,  I want to give you some personal history that I have had with Laith that should provide you a more whole picture of who Laith Salma is.*

*I have known Laith for well over two decades.  Twenty four years to be exact. We first met as young men in college at UC Davis, and became friends through our common interests. One of the first attributes that I admired about Laith was his unwavering support of the people around him, his  family, friends and often strangers.  As a friend it would come in many different forms.  He would always be out cheering me on at our rugby games, he would advise me about classes and strategies for my degree, he would be an ear to listen when things in life were going wrong.   Although his support came in many different forms there is always a common thread: he's always there for those who need him and he takes action to help others.  He does not sit on the sidelines of life when others are falling down.*

*Laith has always been a humble person and never is one to seek out accolades. This couldn't be clearer than in his volunteering with blind and mentally challenged folks in Golden Gate Park.  He has volunteered there weekly for over 11 years.  A few years back I was invited to an event with these folks and I could not get over the adoration they all had for Laith.  He had obviously struck a chord with so many of the participants.  I was incredibly proud to be his friend. That is not the most important part of this story.  What's important is that I am one of Laiths best friends -we speak multiple times a week- and I had not known he was volunteering for this program until he invited me to this event.  He had been volunteering for 7 years before I knew about it.  It wasn't something that he boasted about, just something that he cared about.  At the time I remember being shocked I had no idea he was part of this program.  I asked him specifically why he never told me about it and he said something like, "it would take away from the importance of it".  That's character.*

*A similar story that represents who Laith is from a few years ago I was at Laith and Katie's (his wife) house.  There was a big storm and the rain was coming*

*down in sheets. Laith and I left his house to see a movie, he was driving. As we were pulling out of his street there was a woman in her raincoat trying to clear a backed up storm drain that was flooding her driveway. Without any hesitation, Laith stopped the car, turned it around and we dashed back to his garage. He grabbed a rake and a large broom, threw it in his trunk and we drove back to the lady's house. He got out, and helped her clear the drain. He doesn't hesitate to help. Once again, I was very proud to be his friend.*

*More recently, and much closer to home Laith has been instrumental in helping my family get my sister into drug counseling. My sister has had her share of ups and downs, but it was Laith's insistence to my family that we get educated on interventions and do something is what helped. Laith's ability to get through to my mother and father was key in getting my sister into recovery. He truly cares and puts others before himself.*

*This is who Laith is. There are hundreds of other stories just like these that I or anyone who knows Laith can tell you. He is a good person. He does good things for people. He made a mistake a long time ago. I know he has suffered in many ways because of it and I know he deeply regrets his actions. Today he has a family with three children and they are an amazing, loving family who are a benefit for our community.*

*Sincerely yours,*

*Matt Treadway*

# EXHIBIT T

Treaster, Miles

Your Honor,

Hello, my name is Miles Treaster and I am 42 years old and I have known Laith since my Freshman year of college at the University of California Davis. I live in San Francisco, am married with two young boys (6 & 3), and run the West Coast for a large real estate private equity firm that advises pension funds and endowments on investments.

Laith and I have been very close friends for a majority of my adult life. He and I have spent a considerable amount of time together and I know him to be a kind, honest, smart and caring friend. My wife and I have taken vacations together with our families.  But the most important indication of Laith's character is that we have asked him and his wife to be the guardians of our kids if something ever happened to us, and have written it into our will and trust.  In general, we trust Laith implicitly when it comes to his character.

Laith is an incredible friend and over the years I have been witness to a myriad of times where he has sacrificed his own interest in order to help others. In 2005, when I was going through some personal issues, he was quick to offer counsel and help me move out of a bad living situation and into a new arrangement. This literally changed my life. Shortly thereafter, I met my wife and was married only two years later. I don't know where I would be today if it weren't for Laith's guidance and general support from this situation.

Laith is also someone who makes the community a better place. For a number of years he has volunteered for a non-profit that helps blind people adjust to living in an environment that is completely foreign to them. Laith has volunteered hundreds if not thousands of hours for the past 11 years to help others who are less fortunate and really better their lives through outdoor tactile experiences. I don't know anyone who is as professionally and personally occupied as Laith and give this kind of time.

Laith is someone who values his family and his friendships, holding both in the highest regard. More than most of my friends he reaches out when he suspects someone may be going through a tough patch in their live, whether a death in the family, a new baby or just some life event. He is quick to call on my birthday and really has a tremendous amount of empathy for his friends. When my father passed away in 2012 he was there and available for anything I needed. Quick to check in and to help in any way possible. He went above and beyond the call of duty, volunteering his time, loaning me his truck so I

could help move stuff out of my father's home and just generally offering moral support for a very difficult time in my life.

Laith is also been a tremendous father to his three children and his wife. Watching him raise his family has been a really special experience for me and we often discuss parenting techniques and better ways to handle certain situations with our young children. I turn to Laith for advice in raising my own children as he has a tremendous amount of compassion and patience that sometimes eludes me in certain situations with my kids.

I know that Laith regrets the situation that happened a few years ago and caused him tremendous agony. He and I have had several discussions about the situation and the incredible remorse he feels for his actions. Given the amount of selflessness and empathy that Laith feels towards other people, I am sure this whole situation has affected him more than most people. I know that not a day goes by where he doesn't think about this event and wishes he could change some of the actions that he took at the time.  This situation in no way is a reflection of the Laith that I have known for the better part of my life and I believe the court should really take my comments into consideration when considering his sentencing.


Sincerely

Miles Treaster

(415) 987-8210

# EXHIBIT U

Asfour, F. Ramzi

CALIFORNIA CENTER
FUNCTIONAL MEDICINE
www.ccfmed.com

California Center for Functional Medicine
2414 Ashby Ave Ste 201
Berkeley, CA 94705
Tel: (510) 849-8500
Fax: (510) 849-6501

## RE: LAITH SALMA

DATE: 12/04/2017

TO                     RE:

Laith Salma
DOB - 09/28/1975
1105 Burlingame Avenue
Burlingame CA, 94010
Tel - (415) 377-8858

To Whom It May Concern:

Laith Salma has celiac disease. His manifestations were central nervous system in terms of behavior including anger, aggressivity and sleep disturbances, physical including back pain and foot pain and internal including autoimmune hepatitis. All of these symptoms resolved on a gluten-free diet, although his liver enzymes which are significantly improved have yet to return to normal. Because of his anti-smooth muscle antibody level elevation, I sent him to see Dr. Yiman at California Pacific Medical Center who told him he has celiac disease with which I concur.

Mr. Salma, for health reasons, including his persistently elevated liver enzymes and some evidence of long-term liver damage based on ultrasound imaging of his liver, should not be exposed to long-term gluten cross-contamination. His home is 100% gluten-free and any place where he eats more than occasionally needs to be 100% gluten-free. I have many patients with celiac disease who suffered poor health when subjected to ongoing cross contamination despite eating only gluten-free foods, in communal living situations. The only way to improve their health in such situations is to change the living environment such that it is completely gluten-free.

addition, Mr. Salma has multiple other food sensitivities, it seems that corn is also a particular problem.

It is my medical opinion that Mr. Salma should not be exposed to a communal living situation where there is no dedicated 100% gluten-free kitchen and living environment.

F. Ramzi Asfour, MD

Signed:

E-Sign'd:12.05.17 (4003B057-F2c3)

# EXHIBIT V



**FOR THE BLIND AND VISUALLY IMPAIRED**
1155 Market St., 10th Floor, San Francisco, CA 94103

March 2, 2018

To Sentencing Judge of United States District Court

Your Honor,

I first met Laith Salma a few years back at an event sponsored by Project Insight, a program of San Francisco Recreation and Parks Department for children and adults with disabilities. With mutual friends/colleagues I learned of Laith's tremendous dedication to volunteerism and his professional skills as a builder. With that knowledge I reached out to Laith when I asked for his help in rebuilding Enchanted Hills Camp for the Blind, located in Napa that was severely damaged by the Nuns Fire on October 8th, 2017. From my initial contact he did not hesitate with organizing his resources and contacts to help us with developing a rebuilding plan.

Seeking full transparency, Laith made me aware that he was found guilty of conspiring to suppress and restrain competition to obtain titles to selected real estate offerings in San Mateo County foreclosure auctions. A crime that took place eight years ago. An event that I know he fully regrets ever transpired. With that knowledge I would like to provide a character reference for Laith in hope that his sentencing will fully consider the importance Laith has to the blind community.

My experience with Laith has been nothing short of a gracious professional with a desire to volunteer his time and resources to help our organization. I have trust in his decision making capabilities and his follow thru has always been prompt and respectable. I cannot imagine that he poses any danger to society. Quite the opposite, Laith demonstrates outstanding civic leadership and a compassion not found often enough in people. I am proud to consider him a friend and a strategic partner in my organization's efforts in rebuilding our camp. I would be very happy to publically testify on his behalf in a court proceeding. Please feel free to contact me directly.

Sincerely,

Anthony Fletcher
Director, Enchanted Hills Camp